CASPER J. RANKIN (CA SBN 249196)
PITE DUNCAN, LLP
4375 JUTLAND DRIVE, SUITE 200
P.O. BOX 17933
SAN DIEGO, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail: crankin@piteduncan.com

The following constitutes
the order of the court. Signed June 07, 2011

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

Attorneys for Creditor U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association as successor by merger to LaSalle Bank NA as trustee for Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-AR9

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>JAMES ROBERT HAYNES and SHARON HAYNES,<br><br>Debtor(s). | Case No. 10-73696<br><br>Chapter 13<br><br>**ORDER ON STIPULATION RE: LOAN MODIFICATION AGREEMENT** |

The parties having agreed to the terms set forth in the Stipulation Re: Loan Modification Agreement are bound by the terms of their stipulation. Entry of this order does not constitute Court approval of any specific terms of any loan modification entered into between Creditor and Debtors. The Stipulation Re: Loan Modification Agreement, docket entry number 35, is hereby approved and made an order of the court.

**END OF ORDER**

## COURT SERVICE LIST

**ATTORNEY FOR MOVANT**

4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

**DEBTOR(S)**

James Robert Haynes
517 Falcon Way
Hercules, CA 94547

**DEBTOR(S) ATTORNEY**

Corrine Bielejeski
Law Offices of Patrick L. Forte
Patrick L. Forte
Law Offices of Patrick L. Forte
1 Kaiser Plaza #480
Oakland, CA 94612

**CHAPTER 13 TRUSTEE**

Martha G. Bronitsky
P.O. Box 5004
Hayward, CA 94540-5004

**U.S. TRUSTEE**

Department of Justice
Northern District of California - Oakland Division
1301 Clay St. #690N
Oakland, CA 94612