1 | PATRICK L. FORTE, #80050
LAW OFFICES OF PATRICK L. FORTE
2 | 1624 Franklin Street, #911
Oakland, CA 94612
3 | Telephone: (510) 465-3328
Facsimile: (510) 763-8354

The following constitutes
the order of the court. Signed March 17, 2016

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

5 | Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 10-73696 RLE** |
| **JAMES ROBERT HAYNES and SHARON KAYE HAYNES,** | **Chapter 13** |
| Debtors. | **JUDGMENT VOIDING LIEN OF CITIBANK, N.A., AS TRUSTEE FOR CERTIFICATEHOLDERS OF SACO I TRUST 2007-1 MORTGAGE-BACKED CERTIFICATES, SERIES 2007-1 AS SERVICED BY CHASE AND ITS SUCCESSORS IN INTEREST** |
| _____/ | |

   On March 1, 2011, this court entered an ORDER VALUING SECOND LIEN OF EMC MORTAGAGE CORP against certain property of Debtors for purposes of this chapter 13 case. That order was subject to being set aside until Debtors obtained a discharge or completed plan payments in this chapter 13 case. Debtors having obtained a discharge, the court now therefore enters the following judgment:

   The second lien of Citibank, N.A., as Trustee for Certificateholders of SACO I Trust 2007-1 Mortgage-Backed Certificates, Series 2007-1 as serviced by Chase and its successors in interest regarding the property commonly known as 517 Falcon Way,

Hercules, CA 94547, and which was recorded in Contra Costa on or about August 3, 2006 as document 2006-0245603 and assigned on January 18, 2011 as document 2011-0011769-00, is hereby determined to be entirely, permanently, and for all purposes void and unenforceable.

*** END OF ORDER ***

COURT SERVICE LIST

Attn: Casper Rankin
Citibank, N.A., as Trustee for
Certificateholders of SACO I Trust
2007-1 Mortgage-Backed Certificates,
Series 2007-1 as serviced by Chase
C/o Pite Duncan, LLP
4375 Jutland Drive, Suite 200
PO Box 17933
San Diego, CA 92177-0933

Attn: Officer
JPMorgan Chase Bank, NA
1111 Polaris Parkway
Columbus, OH 43240

Attn: Officer
JPMorgan Chase Bank, NA
C/o CT Corporation System
818 West Seventh Street, Suite 930
Los Angeles, CA 90017

Attn: Officer
Citibank, NA
701 E. 60th Street N.
Sioux Falls, SD 57104

James Haynes
Sharon Haynes
517 Falcon Way
Hercules, CA 94547